IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02569-CMA-KLM

CHANDRA J. BRANDT,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,

    Defendant.

---

## ORDER OF RECUSAL

---

    This matter is before me on a review of the file. Based on my past professional relationship with the University of Colorado, together with Defendant's close association with the University, I believe that I should recuse myself. It is, therefore,

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    DATED: October 26, 2010

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge