IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02569-WJM-KLM

CHANDRA J. BRANDT,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,

    Defendant.

---

### MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion for Entry of Stipulation and Protective Order** [Docket No. 51; Filed January 30, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Stipulation and Protective Order is accepted with interlineations and entered contemporaneously with this Minute Order.

    Dated: January 31, 2012