IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02569-WJM-KLM

CHANDRA J. BRANDT,

   Plaintiff,

v.

THE UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on **the Joint Motion to Amend Scheduling Order to Extend Discovery Deadline for Sole Purpose of Completing Deposition** [Docket No. 56; Filed May 10, 2012] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The discovery cut-off is extended up to and including **June 1, 2012**, for the sole purpose of deposing Plaintiff's expert, Norman Kurr.

   All other dates and deadlines remain the same.

   Dated:  May 11, 2012