IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02569-WJM-KLM

CHANDRA J. BRANDT,

	Plaintiff,

v.

THE UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,

	Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

	This matter is before the Court on **the Second Joint Motion to Amend Scheduling Order to Extend Discovery Deadline for Purpose of Completing Depositions** [Docket No. 59; Filed May 15, 2012] (the "Motion").

	IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The discovery cut-off is extended up to and including **June 12, 2012**, for the sole purpose of accommodating the depositions of Plaintiff's expert, Norman Kurr, and Plaintiff's physician, Dr. Sheri Friedman.

	All other dates and deadlines remain the same.

	Dated:  May 16, 2012